# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Pension, Welfare and Apprenticeship
Skill Improvement & Safety Funds of the
International Union of Operating Engineers Local
137, 137A, 137B, 137C & 137R et al.

V.

Earthcon Industries, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

JUDGE CONNER

08 CIV. 2090

TO: (Name and address of defendant)

Earthcon Industries, Inc.
360 Barway
Jefferson Valley, New York 10535

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

DATE 3/3/8

(BY) DEPUTY CLERK

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2090  AND FILED ON  3/3/2008

| | |
|---|---|
| THE ANNUITY, PENSION, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL Vs. EARTHCON INDUSTRIES, INC. | Plaintiff(s)/Petitioner(s) Defendant(s)/Respondent(s) |

STATE OF: NEW YORK  ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/16/2008 at 4:28PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: EARTHCON INDUSTRIES, INC.  (herein called recipient) therein named.
At Location: 360 BARWAY DRIVE
JEFFERSON VALLEY NY 10535

By delivering to and leaving with PATSY FRAIOLI and that deponent knew the person so served to be the MANAGING AGENT of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M   Color of Skin: WH   Color of Hair: GRAY
Age: 81  Height: 5'8"
Weight: 185  Other Features:

Sworn to before me on 4/17/2008

Gary Williams
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30 2010