*Conner, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI and
NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R,
AFL-CIO,

**ORDER TO SHOW
CAUSE FOR A
DEFAULT JUDGMENT**

08-CIV-2090 (WCC)

ECF CASE

Plaintiffs,

-against-

EARTHCON INDUSTRIES, INC.,

Defendant.
------------------------------------------------------------------X

Upon the annexed Application for a Default Judgment including the Affidavit of James M. Steinberg, Esq. sworn to on the 9th day of May, 2008, and the exhibits attached thereto, it is

**ORDERED** that Defendant EARTHCON INDUSTRIES, INC. show cause before the Honorable William C. Conner, at the United States District Courthouse, located at 300 Quarropas Street, Courtroom 620, White Plains, New York on the 13th day of June, 2008, at 9:15 a.m./p.m. or as soon thereafter as counsel can be heard why an order should not be made herein for the entry of a Default Judgment against Defendant EARTHCON INDUSTRIES, INC. in the amount of $11,375.90, together with such other and further relief as this Court may deem just, proper and equitable.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES FAXED TO COUNSEL OF RECORD

**IT IS FURTHER ORDERED** that service of a copy of this Order *via* express overnight mail service, along with the Plaintiffs' Application for a Default Judgment and of the papers upon which the same is granted, on Defendant EARTHCON INDUSTRIES, INC. at 360 Barway Drive, Jefferson Valley, New York 10535, on or before May 15, 2008, shall be sufficient service of this Order.

Dated: White Plains, New York
       May 14, 2008

SO ORDERED:

_____
The Honorable William C. Conner, Senior U.S.D.J.